In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for Widening Whitlock Avenue.

JOHN B. SIMPSON, JR., as Executor of and Trustee under the Will of WILLIAM SIMPSON, Deceased, Appellant.

*Matter of City of New York* (*Whitlock Ave.*), 178 App. Div. 896, affirmed.

(Argued June 5, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1917, which affirmed an order of Special Term confirming the reports of commissioners of estimate and assessment in the above-entitled proceeding, bringing up for review an order of the said Appellate Division entered April 27, 1917, which affirmed an order of Special Term denying in all respects the motion made by William Simpson, Jr., and John B. Simpson, Jr., as executors of and trustees under the will of William Simpson, deceased, that the above-entitled proceeding and the petitions, resolutions, orders, reports and all other papers and proceedings therein purporting to authorize the said proceedings or upon which the same was founded be set aside, vacated and annulled, and each and every part of said order, as well as the whole thereof, in case the last above-mentioned order of the Appellate Division should be held by the Court of Appeals to be an intermediate and not a final order.

*Truman H. Baldwin* and *Ralph L. Baldwin* for appellant.

*Lamar Hardy*, Corporation Counsel (*Joel J. Squier* and *John J. Kearney* of counsel), for respondent.

Order affirmed, with costs to the respondent including the disbursements in the appeal from the intermediate

order. The notice of appeal properly expressed the intention to bring up for review the intermediate order and, therefore, authorized us to consider the contents of the two records submitted; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.